

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Randall Lee Nix,                          * Original Mandamus Proceeding

No. 11-24-00150-CR                          * June 6, 2024

                                                      * Memorandum Opinion by Trotter, J.
                                                        (Panel consists of: Bailey, C.J.,
                                                        Trotter, J., and Williams, J.)

This court has considered Randall Lee Nix's motion to dismiss his petition for writ of mandamus and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the proceeding is dismissed. We also withdraw our order dated May 30, 2024, staying the proceedings in the trial court.